AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Lisa Whaley Perry, ) |  |
| *Plaintiff* ) |  |
| v. ) | Civil Action No.   6:13-cv-03608-MGL |
| Commissioner Social Security Administration, ) |  |
| *Defendant* ) |  |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the decision of the Commissioner to deny benefits is reversed and the action is remanded to the Commissioner for further administrative action.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable  Mary G. Lewis.

Date:   May 19, 2015                                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                      s/Ashley Buckingham, Deputy Clerk
                                                                      *Signature of Clerk or Deputy Clerk*