UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| LISA YVONNE WHALEY PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 6:13-cv-03608-MGL |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the Plaintiff's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") filed August 11, 2015. *See* 28 U.S.C. § 2412. Plaintiff seeks an award of attorney's fees in the amount of $3,534.62. The Commissioner filed a Response on August 19, 2015, in which she notified the Court that she does not object to the Plaintiff's motion for the above-stated amount.

The Court has reviewed the fee motion and response and finds the amount of attorney fees reasonable. Accordingly,

IT IS ORDERED that the Plaintiff's motion for attorney's fees and costs pursuant to the EAJA be granted in the amount of $3,534.62 in attorney's fees. EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). In the event Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to Plaintiff's counsel, Defendant is directed to make the payment due to Plaintiff's counsel. If Plaintiff has no debt subject to offset and no proper assignment has been made by Plaintiff to counsel, Defendant is directed to make the check due pursuant to this Order payable to Plaintiff and delivered to Plaintiff's counsel.

      s/Mary G. Lewis

Mary G. Lewis
United States District Judge

August 21, 2015
Columbia, South Carolina